# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Omran Holding Group ) ASBCA No. 60004
)
Under Contract No. W912DS-13-C-0008 )

APPEARANCE FOR THE APPELLANT: R. Dale Holmes, Esq.
  Cohen Seglias Pallas Greenhall & Furman PC
  Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
James D. Stephens, Esq.
Rebecca L. Bockmann, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 3 March 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60004, Appeal of Omran Holding Group, rendered in conformance with the Board's Charter. .

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals